UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

AMEIR GLOVER,

        Defendant.

24-CR-5-LJV-MJR
DECISION & ORDER

---

1. On May 2, 2024, the defendant, Ameir Glover, pleaded guilty to Count 1 of the Indictment charging a violation of Title 21, United States Code, Section 841(a)(1) (possession of cocaine with intent to distribute), and Count 5 of the Indictment charging a violation of Title 18, United States Code, Section 922(g)(1) (felon in possession of firearms and ammunition). Docket Item 9.

2. On May 2, 2024, the Honorable Michael J. Roemer, United States Magistrate Judge, filed a Report & Recommendation recommending that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty. Docket Item 24.

3. This Court has not received objections to the Report & Recommendation in accordance with Title 28, United States Code, Section 636(b)(1), and Rule 59(b) of the Federal Rules of Criminal Procedure, and the time to object now has expired.

4. This Court has carefully reviewed *de novo* Judge Roemer's Report & Recommendation (Docket Item 24), the plea agreement (Docket Item 22), the indictment (Docket Item 9), a transcript of the plea proceeding (Docket Item 25), and the applicable law. This Court finds no legal or factual error in Judge Roemer's

Report & Recommendation and therefore adopts Judge Roemer's recommendation that the defendant's pleas of guilty be accepted and that the defendant be adjudged guilty of Counts 1 and 5 of the Indictment.

IT IS HEREBY ORDERED that this Court adopts Judge Roemer's May 2, 2024 Report & Recommendation, Docket Item 24, in its entirety, including the authorities cited and the reasons given therein, and it is further

ORDERED that the Court accepts the defendant's plea of guilty and defers acceptance of the plea agreement pursuant to Sentencing Guidelines Section 6B1.1(c), and the defendant, Ameir Glover is now adjudged guilty of Count 1 of the Indictment under Title 21, United States Code, Section 841(a)(1), and Count 5 of the Indictment under Title 18, United States Code, Section 922(g)(1).

SO ORDERED.

Dated:   July 3, 2024
         Buffalo, New York

_____
LAWRENCE J. VILARDO
UNITED STATES DISTRICT JUDGE